No. 57, Misc. LANG *v.* HALBERT, U. S. DISTRICT JUDGE;

No. 103, Misc. DOBBS *v.* KRAUSE, RECORDER'S COURT JUDGE, ET AL.;

No. 120, Misc. IN RE FLETCHER;

No. 124, Misc. IN RE WALLACE; and

No. 146, Misc. JANOWICZ *v.* FOX, CIRCUIT COURT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 36, Misc. RICHARDS *v.* CWIKLINSKI, MUNICIPAL COURT JUDGE. Motion for leave to file petition for writ of mandamus denied without prejudice to proceeding in an appropriate state court.

No. 195. CLINTON *v.* STEWART, DIRECTOR OF EMPLOYMENT, OF CALIFORNIA. Motion to strike certain portions of the record, etc., denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Irving H. Perluss,* Assistant Attorney General, and *William L. Shaw,* Deputy Attorney General, for respondent.

No. 28, Misc. STONE *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied;

No. 37, Misc. STONE *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied; and

No. 38, Misc. STONE *v.* WYOMING SUPREME COURT. Petition for writ of certiorari to the Supreme Court of Wyoming denied. Motions for leave to file petitions for writs of mandamus denied. Reported below: No. 38, Misc., 74 Wyo. 389, 288 P. 2d 767.